IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2009 AUG 24  P 3:30

| | |
|---|---|
| COUNTRY CASUALTY INSURANCE COMPANY, ] ] ]  Plaintiff ] ] v. ] ] RONDA ROWE MASSEY, ] ]  Defendant ] | Case No. CV- 3:09 CV 803 |

## MOTION TO DEPOSIT PREMIUMS INTO COURT

COMES NOW Plaintiff Country Casualty Insurance Company and files this Motion to Deposit Premiums into Court, and states as follows:

1) Simultaneous with the filing of this Motion, Plaintiff has filed a Complaint for Declaratory Judgment. Among the issues raised in the Complaint is whether the insurance policy at issue is void pursuant to *Alabama Code* § 27-14-7.

2) Pursuant to *Alabama Code* § 27-14-7(b), Plaintiff must deposit premiums paid by the Defendant insured into Court.

3) Plaintiff hereby seeks to deposit $246.47 into an interest bearing account, and hereby seeks an Order from the Court permitting it to do and authorizing the Circuit Clerk to establish such an account to receive this deposit.

Respectfully submitted,

_____
W. Evans Brittain (BRI038)
Attorney for Country

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite #204 [36109-5413]
P.O. Box 2148
Montgomery, Alabama 36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222
ebrittain@ball-ball.com

**CERTIFICATE OF SERVICE**

    Plaintiff hereby certifies that this document shall be served upon Defendant Ronda Rowe, along with the Summons and Complaint via certified mail on this, the 24st day of August, 2009.

_____
OF COUNSEL