IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| COUNTRY CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:09cv803-MEF |
| RONDA ROWE MASSEY, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

On December 20, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 25). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is hereby

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that plaintiff's motion for summary judgment is GRANTED, and that judgment is entered declaring that:

(1) plaintiff is entitled to rescind the policy issued to defendant and insuring the premises at 3754 Opelika Road, Phenix City, Alabama; and

(2) under its express terms, the policy did not provide any coverage for the dwelling located at that 3754 Opelika Road, Phenix City, Alabama, or otherwise.

The Court will enter a separate final judgment consistent with this Order.

Done this the 14th day of January, 2011.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE